PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 08 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marisela Ruiz        Case Number: CR-05-108-RHW

Name of Assigned Judicial Officer: The Honorable Robert H. Whaley, United States District Court Judge

Date of Original Sentence: 04/04/2003        Type of Supervision: Supervised Release

Original Offense: Bringing in Illegal Aliens Without Presentation, 8 U.S.C. § 1324(a)(2)(B)(iii); Aiding and Abetting, 18 U.S.C. § 2

Date Supervision Commenced: 12/23/2004

Original Sentence: Prison - 30 months;
                   TSR - 36 months

Date Supervision Expires: 12/22/2007

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

Ms. Ruiz requested mental health counseling which will assist her in being able to properly address a number of personal stressors which she has encountered over the last 3 months. These have included her family's relocation to Southern California, her loss of employment, and legal problems. Ms. Ruiz requests these services in addition to the substance abuse counseling which she is already engaged in.

The Court has scheduled a supervised release hearing for June 17, 2005. It is the Probation Office's understanding that she will request a continuance in order to provide her additional time to finalize the pending state driving offense. The Probation Office supports this continuance as it will provide Ms. Ruiz an opportunity to engage in counseling prior to the violation hearing.

Respectfully submitted,

by  *[signature]*

Missy K. Kolbe
U.S. Probation Officer
Date: June 6, 2005

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/7/05
Date