OPROB 12B
(7/93)

Report Date: June 28, 2006

# United States District Court

## for the

## Eastern District of Washington

```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 29 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON
```

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marisela Helen Ruiz           Case Number: 2:05CR00108-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Court Judge

Date of Original Sentence: 04/04/2003           Type of Supervision: Supervised Release

Original Offense: Bringing in Illegal Aliens Without Presentation, 8 U.S.C. § 1324(a)(2)(B)(iii); Aiding and Abetting, 18 U.S.C. § 2

Date Supervision Commenced: 12/23/2004

Original Sentence: Prison - 30 months; TSR -36 months

Date Supervision Expires: 12/22/2007

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Ms. Ruiz is scheduled to be released from Bureau of Prisons' (BOP) custody on July 5, 2006. She submitted a release address in Spokane, Washington, to live with a friend of the family, Mr. Carl Hamlin. The undersigned officer spoke with Mr. Hamlin on June 26, 2006, and he indicated Ms. Ruiz would not be able to release to his residence as he is having family staying with him for the next month.

In addition to the above mentioned factors, Ms. Ruiz has a lengthy history of failing to establish a stable residence while under supervision. Of most concern, is that Ms. Ruiz is pregnant with a due date of approximately August 30, 2006.

Prob 12B
**Re: Ruiz, Marisela Helen**
**June 28, 2006**
**Page 2**

It is believed that a Residential Reentry Center (RRC) placement will afford Ms. Ruiz an opportunity to have a stable living arrangement upon her release, as well as provide her the ability to access needed resources for her medical needs.

Respectfully submitted,

by *[signature]*

Samuel Najera
U.S. Probation Officer
Date: June 28, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

June 29, 2006
Date